NOT FOR PUBLICATION                                                                 CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MARTA L. MEDERO, | : | |
| Plaintiff, | : | Civil Action No. 04-4937 (JAP) |
| v. | : | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

For the reasons expressed in the accompanying opinion dated April 10, 2006, **IT IS**

**ON** this 10th day of April 2006,

**ORDERED** that Marta L. Medero's appeal under 42 U.S.C. § 405(g) of the Social Security Act from a final administrative decision by the Commissioner of the Social Security Administration denying a claim for Disability Insurance Benefits sought as of January 15, 2001 is **DENIED**.

**SO ORDERED**.

s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.

Original:     Clerk of the Court
cc:           All parties
              File